UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:17-CR-39-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| DAVID GAY | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #31 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This 8 day of January, 2018.

James C. Dever III
Chief United States District Court Judge